

# EXHIBIT LIST

___Government  ___Plaintiff  ✖ Defendant  ___Court

Case No. 5:22-cr-84-JA-PRL
Style: USA v. Wade

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 9/16/2024 | 9/16/2024 | USSS SA Matthew Rosado | | FL Dept. of State Records for Troy Wade LLC |
| 2 | 9/16/2024 | 9/16/2024 | USSS SA Matthew Rosado | | FL Dept. of Revenue EIN/FEIN Records |
| 3 | 9/16/2024 | 9/16/2024 | USSS SA Matthew Rosado | | South Carolina Business Records |
| 4 | 9/16/2024 | 9/16/2024 | USSS SA Matthew Rosado | | South Carolina UCC |
| 5 | 9/16/2024 | 9/16/2024 | USSS SA Matthew Rosado | | Memorandum dated April 24, 2024 |
| 6 | 9/16/2024 | 9/16/2024 | USSS SA Matthew Rosado | | FL Dept. of State Records to AUSA Nowalk dated 5/16/2024 |
| 7 | 9/16/2024 | 9/16/2024 | USSS SA Matthew Rosado | | Big Valley Grille & Bistro Loan Comment and Chron List |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.