UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 5:22-cr-00084-JA-PRL-1

HENRY WADE,

## **DEFENDANT'S MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant, HENRY WADE, by and through the undersigned counsel, and respectfully moves this Court for an Order continuing Defendant's Sentencing Hearing in support thereof states as follows:

1. The Defendant is currently scheduled for a Sentencing Hearing on March 18, 2025, at 1:30pm.
2. The undersigned counsel will be out of state from March 16-19, 2025, as a chaperone for my son in Washington D.C and unavailable to attend the proceeding (See exhibit "A").
3. The undersigned counsel has already pre-purchased airfare and the hotel and since this is a school trip it cannot be rescheduled.
4. The undersigned counsel requests continuance for the Sentencing Hearing and any set deadlines until after March 20th, 2025.
5. The undersigned conferred with Assistant United States Attorney, Hannah Watson, who would object to continuing this court date.
6. The government nor the defendant would be prejudiced by this continuance. Mr. Wade is out of custody and the government does not have civilian witnesses that would need to testify at sentencing.
7. While there are other attorneys on the defense side, Mr. Wade would like undersigned to be present at the sentencing.
8. That this motion is filed in good faith and not for any unnecessary delay.

WHEREFORE, based on the foregoing, Defendant, HENRY WADE, respectfully requests that the Court enter its Order granting a continuance in this matter.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court (CM/ECF) on this 19th day of February 2025 by using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney.

    /s/ Corey Cohen  Esq.
Law Office of Corey Cohen & Associates,
Florida Bar No. 0657840
21 Park Lake Street
Orlando, FL 32803
corey@coreycohen.com
Telephone: 407-246-0066