UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**
vs.                        Case No.: 5:22-CR-84-JA-PRL-1

**HENRY TROY WADE,**
    **Defendant.**
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Henry Troy Wade, by and through undersigned counsel, hereby moves this Court to continue his sentencing in this matter. Mr. Wade states the following in support of his motion:

1. Mr. Wade was convicted after jury trial of several counts of wire fraud, in violation of 18 U.S.C. § 1343. He is scheduled to be sentenced on March 18, 2025.

2. Mr. Wade was scheduled to undergo heart surgery on February 18, 2025. On February 17, 2025, the surgery was cancelled, due to the hospital being out of network for Mr. Wade's insurance.

3. Mr. Wade's heart surgery has been rescheduled for April 3, 2025, to occur in South Carolina, at a hospital within his insurance network. *See* Attached Medical Records: Exhibit A.

4. On March 17, 2025, the undersigned counsel was able to communicate with the government, who does not object to a continuance in this matter, setting the sentencing off for a date after April 3, 2025.

5. Mr. Wade is requesting this Honorable Court allow him the time to have his heart condition treated prior to the sentencing hearing.

WHEREFORE, for the reasons stated herein, the defendant respectfully requests that this Court continue the sentencing hearing scheduled for March 18, 2025, at 1:30 p.m.

Dated: March 17, 2025                    Respectfully submitted,

*/s/ Lily M. McCarty*
**LILY M. MCCARTY**
Florida Bar No.: 729701
lmccarty@tfosterlawgroup.com
**TODD FOSTER LAW GROUP**
601 Bayshore Blvd. Suite 615
Tampa, FL 33606
Telephone: (813) 565-0600
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing with the Clerk of Court for the Middle District of Florida on this 17th day of March, 2025, by uploading it to the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lily M. McCarty*
**LILY M. MCCARTY**