UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,
vs.                                Case No.: 5:22-CR-84-JA-PRL-1

HENRY TROY WADE,
     Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

EXHIBIT A: MEDICAL RECORDS

# ROPER ST. FRANCIS PHYSICIAN PARTNERS COASTAL CARDIOLOGY

## Instructions for:
**(HEART CATH)** PACEMAKER  CARDIOMEMS  ILR  PERIPHERAL(LEGS)

☐ Rieder  ☒ Runquist  ☐ O'Steen  ☐ Bunting  ☐ Tran  ☐ Woodfield  ☐ Pinto  ☐ Smith
☐ Goldbach  ☐ Paulsen  ☐ Blankinship  ☐ Gorman  ☐ Powell  ☐ Yarbrough  ☐ Geils

Patient's Name: __Henry Wade__   DOB: __1-16-77__

Admission Date: __4-3-25__   Procedure Time: __1:45__ AM (PM)

**Roper - 316 Calhoun Street, Charleston, SC 29401**   Berkeley – 100 Callen Blvd, Summerville, SC 29461
East Cooper – 2000 Hospital Dr, Mt Pleasant, SC 29464   Mt. Pleasant – 3500 Hwy 17 North, Mt Pleasant, 29466

1) Arrive at the Hospital's Admissions office located on the 1st floor at: __11:45__ (AM) PM

2) Nothing to eat or drink after midnight the night prior to the procedure.

3) Daily Medications: TAKE YOUR MORNING MEDICATIONS WITH A SIP OF WATER ONLY EXCEPT FOR:

  ✗ Vitamins and Supplements
  ✗ Diuretics: Lasix or Furosemide (the morning dose)
  ✗ Diabetic meds: Metformin (hold 24 hours prior) other Diabetic meds (the morning dose)
  ✗ Blood Thinners:- HOLD Eliquis, Xarelto, Pradaxa 48 hours prior (last dose: _____)
       - HOLD Coumadin/Warfarin _____ days (last dose: _____)
  ✗ Weight Loss Drugs- YES OR NO  Name _____ INJ DAY _____
  **CONTINUE TAKING: – Aspirin**

4) Contrast Allergy (FOR CATH PTS) : YES  OR  (NO)
   Other Allergies: __Ampicillin__

5) Have the labs done at least one week prior to procedure at a Roper or Labcorp Facility. Done by _____

6) Please plan to have a driver home. Take an overnight bag with you to the hospital. (just in case).

7) Please take your insurance card(s), a picture ID, and your current medicine list with you to the procedure.

8) If you have any questions concerning your procedure, please call Lavonda Grayton @ 843-212-8020.

→ pt stated that he's getting bloodwork done tomorrow. Informed pt to have the office fax the lab results to (843) 606-7192.

*Lavonda Grayton*

# AFTER VISIT SUMMARY


Roper St. Francis Berkeley Hospital

**Henry T. Wade**  DoB: 1/16/1977

📅 3/12/2025   📍 Roper St. Francis Berkeley Hospital Emergency Department 854-529-3100

---

## Instructions

 **Read the attached information**
SOB (Shortness of Breath) (English)

 **Follow up with Lars Hokan Runquist, MD in 3 days (around 3/15/2025)** 
Specialty: Cardiovascular Disease, Cardiology
Contact: 615 Wesley Dr
  Ste 320
  Charleston SC 29407
  843-723-6111

---

## Today's Visit
You were seen by Dr. Andrew Potter, DO

**Reason for Visit**
Shortness of Breath

**Diagnosis**
Dyspnea, unspecified type

### Lab Tests Completed
Add On Lab Test
Brain Natriuretic Peptide
CBC with Auto Differential
Comprehensive Metabolic Panel
Magnesium
Troponin "IF" patient is greater than 40 years of age or has a history of cardiac disease.

### Imaging Tests
CTA Chest With and Without Contrast
EKG 12 Lead
XR Chest

### Done Today
Continuous Pulse Oximetry

---

Today's Visit (continued)

## Medications Given
iopamidol (ISOVUE-370) Last given at 4:56 PM

---

| | |
|---|---|
| Blood Pressure | 143/100 |
| Weight | 196 lb |
| Height | 6' 2" |
| Temperature (Oral) | 98.6 °F |
| Pulse | 77 |
| Respiration | 18 |
| Oxygen Saturation | 99% |



ID: 1

Male   Years ( / / )

Henry Wade
93834

02-03-2025  16:04:52
HR       : 80    bpm
P        : 114   ms
PR       : 148   ms
QRS      : 82    ms
QT/QTc   : 332/383       ms
P/QRS/T  : 63/53/-42     °
RV5/SV1  : 1.900/0.806   mV

Diagnosis Information:
Sinus rhythm
Right ventricular hypertrophy
Widespread T wave abnormality may be due to the hypertrophy and/or ischemia
Abnormal ECG

Report Confirmed by:

0.67~100Hz  AC60  25mm/s  10mm/mV  4*2.5s+1r  ♥80  SE-1200 V2.2  Glasgow V28.6.0





**Receipt of Payment**

02/17/25

Henry Wade
14 DOGWOOD PL
OCALA, FL 34472

RE: Henry Wade
ID: 104719968
Receipt: #8066319



Facility Pre-Payment (Account)     $334.35
**Visit Estimate**     Reference #1702887
Your prepay is based on an estimate prepared on 2/17/2025. Your final responsibility for this visit may change.

| | | | |
|---|---|---|---|
| Total Fees | $14,623.32 | Your Estimated Responsibility | $334.35 |
| Hospital Fees | $14,623.32 | | |
| Insurance Covers | -$14,288.97 | You've Paid | -$334.35 |
| | | Estimated Remaining | $0.00 |

Total Paid
**$334.35**



Payment Methods

MasterCard x1487
Authorization number: 552175     $334.35

600 E DIXIE AVE, FIRST FLOOR
LEESBURG FL 34748
Dept Phone: 352-323-5130
Thank you for choosing UFHealth for your healthcare needs.