UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 5:22-cr-84-JA-PRL

HENRY TROY WADE

### FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for approximately $149,100, seized from MidFlorida Credit Union Account No. 129948001 held in the name of Big Valley Grille & Bistro LLC (the seized funds), which represent proceeds obtained from the offense charged in Count Six.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the seized funds on the official government website, www.forfeiture.gov, from March 21, 2025, continuing through April 19, 2025. Doc. 278. The publication gave notice to all third parties with a legal interest in the seized funds to file with the Office of the Clerk United States District Court, 207 NW 2nd Street, Ocala, Florida 34475 a petition to adjudicate their interests within 60 days of the first date of publication.

In accordance with 21 U.S.C. § 853(n), the United States properly noticed the only person or entity known to have a potential interest in the seized funds, Henry

Troy Wade as the Registered Agent and Manager for Big Valley Grille & Bistro LLC. Despite proper notice through counsel, the defendant in his capacity as registered agent for Big Valley Grille & Bistro LLC failed to file a timely claim to contest the forfeiture of his interest in the seized funds.

Other than the defendant whose interest was forfeited via the preliminary order of forfeiture (Doc. 265), and Big Valley Grille & Bistro LLC, there are no other parties known to have any interest in the seized funds, and the time for filing such petitions has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion (Doc. 337), is GRANTED.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the seized funds is **CONDEMNED and FORFEITED** to the United States for disposition according to law.

Clear title to the seized funds is now vested in the United States of America.

**DONE and ORDERED** on September 2_3_, 2025.

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Jennifer M. Harrington, AUSA
Counsel of Record

2