UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

---

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 5:22-cr-84-JA-PRL

HENRY TROY WADE

| JUDGE: | John Antoon II | COUNSEL FOR GOVERNMENT: | Hannah Watson |
|---|---|---|---|
| DEPUTY CLERK: | Holly Iovino | COUNSEL FOR DEFENDANT: | Pro-Se |
| COURT REPORTER: | Karla Hyland | PROBATION: | Katrina Clark |
| SCHEDULED DATE: | October 15, 2025 | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING – DAY TWO

10:09 am - Case Called; appearances placed on the record.

The government has filed a response to the motions that have been filed (Doc. 347).

10:18 am – 10:34 am - Court in recess to allow time for the defendant to review the response.

10:34 am – Court back in session. The defendant states that he has not had sufficient time to review the response. The court allows the defendant's representative (Mr. Stenney) to read the remainder of the response at the defense table.

10:48 am – Defendant confirms he has read the response.

- Emergency Motion for New Trial (Doc. 341) – Denied as Moot
- Amended Emergency Motion for New Trial (Doc. 342) - Denied
- Emergency Motion to Continue Sentencing (Doc. 345) - Denied

Doc. 348 – Filed in open court –Motion for a representative From NAN to participate in the proceedings. Granted. Mr. Travis Stenney, Crisis Director of NAN is permitted to discuss matters with Mr. Wade during the proceeding.

10:49 am – Court hears argument on any objections to the PSR. Court adopts the undisputed factual statements and guidelines applications contained in the PSR and discusses the advisory guidelines.

11:08 am – Court in recess to allow time for the AUSA and Mr. Wade to speak regarding Mr. Wade's current health issues and special allocations.

1:10 pm – Court back in session. Court hears oral argument by the defendant as to why sentencing should not be imposed and the Court discusses with the parties Mr. Wade's health issues.

The defendant is to provide a complete list of his medications and what doctor prescribed each medication to Probation no later than 10/16/2025. The Government and Mr. Wade shall submit to chambers, within five working days, any proposed questions they wish to have asked to Mr. Wade's doctors.

Defendant to continue to comply with all pretrial release conditions.

Sentencing will be reset by a separate notice.

2:03 pm – Court adjourned.

Time in court: 10:09 am – 10:18 am; 10:34 am – 11:08 am; 1:10 pm – 2:03 pm

Total time in court: 1 hour 36 minutes