UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                                         CASE NO. 5:22-cr-84-JA-PRL

HENRY TROY WADE

### ORDER

Defendant, Henry Troy Wade, has filed a *pro se* motion (Doc. 358) for reconsideration of his motion for a new trial under Federal Rule of Criminal Procedure 33 that was denied. (Doc. 339; Doc. 352).

While Wade has filed multiple motions for a new trial under Rule 33 (*see* Doc. 335; Doc. 341; Doc. 342), his motion for reconsideration does not specify which denied Rule 33 motion he seeks reconsideration of. But even if Wade did, his motion for reconsideration would be denied.

Wade provides no basis for reconsideration of the denial. He asserts that there is "excusable neglect" that warrants reopening because the Court did not let him reply orally or in writing to the Government's response to his motion. (Doc. 358 at 2–3). But Wade is not allowed a reply as a matter of right. M.D. Fla. Local Rule 3.01(c). And Wade has not presented evidence that meets the

requirements of Rule 33 by being new and by being capable of probably producing an acquittal, as the Court has already determined.

Accordingly, Wade's motion for reconsideration (Doc. 358) is **DENIED**.

**DONE** and **ORDERED** on October 30, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Henry Troy Wade