UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 5:22-cr-84-JA-PRL-1

HENRY T WADE

_____/

**NOTICE OF MEDICAL EMERGENCY**

Mr. Wade respectfully notifies the Court that he is presently experiencing acute cardiac symptoms consistent with a potential heart attack and has been directed to seek emergency medical care as a result Mr. Wade has now been admitted now into Hospital -HCA Florida Ocala Hospital. Mr. Wade has a documented history of serious cardiac conditions, as well as chronic eye infections, complications stemming from chemical exposure in 2019.

Due to his hospitalization, Mr. Wade is medically unable to appear or meaningfully participate in proceedings at this time and is following physician-directed emergency treatment. Therefore, Mr. Wade is asking the court to continue his sentencing to a later date when he is physically able to appear.

Courts have long recognized that a defendant may not be required to proceed when medical conditions prevent meaningful participation, and that fundamental fairness and due process require accommodation of acute medical emergencies. See *Drope v. Missouri*, 420 U.S. 162, 171–72 (1975) (due process violated where court proceeds despite information raising doubt about defendant's ability to participate); *Pate v. Robinson*, 383 U.S. 375, 385–86 (1966) (court must halt proceedings when circumstances indicate inability to proceed); *United States v. Zedner*, 547 U.S. 489,

509 (2006) (recognizing courts' obligation to protect the fairness and integrity of proceedings).

Mr. Wade has notified pre-trail services via phone prior to admission into the hospital and will promptly supplement this notice with medical documentation as it becomes available and respectfully requests that proceedings be continued until his medical condition stabilizes.

**Respectfully submitted,**
Henry T. Wade
*Henry Wade*
14 Dogwood Place
Ocala, Florida 34472

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 15, 2026, a copy of this document was hand delivered Clerks Office. Due to the emergency nature of this filing I was unable to serve the US Attorneys Office however a copy will be mailed.