UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                          NO. 5:22-CR-00084-JA-PRL

HENRY TROY WADE.

    *Defendant.*

___

## MOTION FOR SPECIAL ADMISSION[1]

Louis Elias Lopez Jr., Esquire, moves for special admission to represent the defendant, Mr. Henry Troy Wade, in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court for the Western District of Texas, Northern District of Texas, Southern District of Texas, Eastern District of Texas, Western District of Texas, and the United States District Court for New Mexico.

---

[1] At the time of this filing, counsel is not sure of the government's position but will amend this Motion upon receiving the government's response.

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: NA.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ LOUIS ELIAS LOPEZ JR.

## Local Rule 3.01(g) Certification

As of January 19, 2026, I have not conferred with the United States Attorney's office as to my special admission. On January 20, 2026, at 1:45 AM, I sent AUSA Hanna Watson, Esq., an email at hannah.watson@usdoj.gov inquiring her position regarding my request. I will update my application upon her reply.

/s/ LOUIS ELIAS LOPEZ JR.

**Other qualifications:** Licensed in/or a member of:

    The State Bar of Texas (1993)

    The State Bar of New Mexico (2003)

    United States Court of Appeals for the 5th Circuit (1995)
        (invited to oral argument six times)

    United States Court of Appeals for the 10th Circuit (1996)
        (briefing and appearing in front of the Court twice, (2016 and 2019);

    Supreme Court of the United States (1998)
        Briefed and Appeared twice before the Court (2016 & 2019)

    Board certified specialist in the area of Criminal Law (2001)
        Texas Board of Legal Specialization

    Board certified specialist in the area of Criminal Appellate Law (2014)
        Texas Board of Legal Specialization

    Serves on the El Paso Division's CJA Panel (2012 – present)
        Screens and approve new CJA applicants.

    Serves on the El Paso Division's Magistrate Review Board (2024-2026)
        Screens applicants and then makes recommendations to the Division's
        District Judges when there are Magistrate vacancies.

I have also been in front of the United States District Court for the Northern District of Iowa (2001), United States District Court for Kansas (2016), and United States District Court for the Eastern District of North Carolina (2002).