-----Original Message-----

From: FLMD_Filings@flmd.uscourts.gov <FLMD_Filings@flmd.uscourts.gov>

Sent: Tuesday, January 20, 2026 3:42 AM

To: FLMD Filings <FLMD_Filings@flmd.uscourts.gov>

Subject: Document Filing - Ocala Division - 5:22cr00084


First Name: Louis

Middle Name: Elias

Last Name: Lopez

Bar Number: 00787923

Bar State: TX

Telephone Number: 9156136668

Email Address: llopez@lelopezlaw.com

Firm Name: Louis Elias Lopez Attorney at Law

Street Address: 416 N. Stanton St.

Suite Number: 400

City: El Paso

State: TX

Zip: 79901


Case Number: 5:22cr00084

Division: Ocala

Comments: motion for special admission


Date: 01/20/26

Signature: Louis Elias Lopez Jr.

Submitted: 01/20/26 3:41:27 am

IP Address: 10.160.8.193

X-Forwarded-For IP Address: 99.55.169.62


Main Document: flmd-motion-for-special-admission-2024.pdf

Exhibits or Attachments: