**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**

v.  Case No: 5:22-cr-84-JA-PRL

**HENRY TROY WADE,**

   **Defendant.**
_____

## ORDER

The motion to appear *pro hac vice* of Louis Elias Lopez, Jr., Esq. (Doc. 373), is **GRANTED**. To activate e-filing access, counsel shall pay the $150.00 special admission fee and submit the *pro hac vice* e-file registration through PACER[1]. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case.

**DONE** and **ORDERED** in Ocala, Florida on January 20, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Louis Elias Lopez

---

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.