UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:22-cr-84-JA-PRL

HENRY TROY WADE

| JUDGE: | John Antoon II | COUNSEL FOR GOVERNMENT | HANNAH WATSON |
|---|---|---|---|
| COURTROOM | 6B | | |
| DEPUTY CLERK: | Keitra Davis | COUNSEL FOR DEFENDANT: | LOUIS LOPEZ, JR. |
| COURT REPORTER | Heather Suarez heather@stenosuarez.com | PRETRIAL/PROBATION | Katrina Clark |
| DATE/TIME  TOTAL TIME: | January 21, 2026 2:00 p.m. – 2:22 p.m.  22 Minutes | Interpreter | N/A |

CLERK'S MINUTES
ZOOM STATUS CONFERENCE

Case called; appearances placed on the record. Counsel appeared virtually.

The court addressed matters with the parties.

Defense counsel to inform the court of defendant's current medical condition.

Case set for sentencing on February 19, 2026, at 11:00 a.m. in Ocala.

Case is adjourned.