**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.                                         CASE NO. 5:22-cr-84-JA-PRL

HENRY TROY WADE

_____

| JUDGE:<br><br>COURTROOM | John Antoon II<br><br>6B | COUNSEL FOR GOVERNMENT | HANNAH WATSON |
|---|---|---|---|
| DEPUTY CLERK: | Keitra Davis | COUNSEL FOR DEFENDANT: | LOUIS LOPEZ, JR. |
| COURT REPORTER | Heather Suarez<br>heather@stenosuarez.com | PRETRIAL/PROBATION | Delfino Garza |
| DATE/TIME<br><br>TOTAL TIME: | February 17, 2026<br>3:01 p.m. – 3:39 p.m.<br><br>38 Minutes | Interpreter | N/A |

**CLERK'S MINUTES**
**ZOOM MOTION HEARING**

Case called; appearances placed on the record. Counsel appeared virtually.

The court addressed matters with the parties.

The Court addressed the Defendant's Motion to Continue Sentencing (Doc. No. 383) and Defendant's Motion to Supplement Motion to Continue Sentencing (Doc. No. 384). The court grants the motions. Written Order to follow.

Defense counsel to submit medical documentation as stated on the record, and provide the MRI results within 7 days of the MRI.

The sentencing set for February 19, 2026, at 11:00 a.m. in Ocala is canceled.

Case is adjourned.