**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.                                                CASE NO. 5:22-cr-84-JA-PRL

HENRY TROY WADE

_____

## ORDER

Defendant Henry Troy Wade's Motion to Continue Sentencing (Docs. 383 & 384) is GRANTED.

It is further ORDERED that no later than February 26, 2026, defense counsel shall provide the Court with the following in writing: (1) a response to the Court's questions asked of Defendant and defense counsel at the February 17, 2026, hearing on Defendant's latest motion to continue sentencing; and (2) a copy of Dr. Stuart's findings following Defendant's February 19, 2026, magnetic resonance imaging (MRI) along with Dr. Stuart's prognosis and recommended treatment. Upon receipt of this information, defense counsel shall immediately forward it to opposing counsel and the Court. The Court will then set another sentencing date.

Defense counsel has agreed to inform Dr. Stuart of Defendant's impending sentencing, and the Court ORDERS that this be done no later than noon

(eastern standard time), February 18, 2026. The letter shall advise Dr. Stuart that Defendant's sentencing set for February 19, 2026, was continued to accommodate Defendant's additional MRI on the same date.

**DONE** and **ORDERED** on February 17th, 2026.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record

2